NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOSEPH BUTLER, JR.,                          )
                                             )
                Appellant,                   )
                                             )
v.                                           )          Case No. 2D18-3953
                                             )
STATE OF FLORIDA,                            )
                                             )
                Appellee.                    )
_____)

Opinion filed March 20, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Chris Helinger,
Judge.


PER CURIAM.

           Affirmed.  See §§ 775.084(4)(c)(1), 812.13(2)(b), Fla. Stat. (1997); Davis

v. State, 235 So. 3d 320 (Fla. 2018); Carbajal v. State, 75 So. 3d 258 (Fla. 2011); State

v. King, 426 So. 2d 12 (Fla. 1982); Steward v. State, 931 So. 2d 133 (Fla. 2d DCA

2006); Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004); Desmond v. State, 576

So. 2d 743 (Fla. 2d DCA 1991); McMillan v. State, 832 So. 2d 946 (Fla. 5th DCA 2002);

Hart v. State, 761 So. 2d 334 (Fla. 4th DCA 1998); Luchak v. State, 606 So. 2d 494

(Fla. 4th DCA 1992).


NORTHCUTT, SALARIO, and ROTHSTEIN-YOUAKIM,JJ., Concur.